# UNITED STATES of America, Plaintiff–Appellee,

v.

# Eleazar MARTINEZ–NATAREN, Defendant–Appellant.

No. 03–41677.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 18, 2004.

James Lee Turner, Assistant U.S. Attorney, David Hill Peck, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Christina

**872**

Arellano–Villarreal, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Eleazar Martinez–Nataren pleaded guilty and was convicted of illegal re-entry in violation of 8 U.S.C. § 1326(b)(2) and 6 U.S.C. §§ 202, 557. On appeal, Martinez–Nataren asserts that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) and (2) are unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000).

Martinez–Nataren concedes that his argument is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), but he nevertheless seeks to preserve the issue for Supreme Court review in light of the decision in *Apprendi.* *Apprendi* did not overrule *Almendarez–Torres.* See *Apprendi,* 530 U.S. at 489–90; *United States v. Dabeit,* 231 F.3d 979, 984 (5th Cir.2000). We must follow *Almendarez–Torres* unless and until the Supreme Court overrules it. See *Dabeit,* 231 F.3d at 984.

Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.